**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ASHLAND, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 08-227T** |
| **GAR ELECTROFORMING, *et al.*,** | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW, plaintiff ASHLAND INC. ("Ashland"), by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, discloses that it is a Kentucky corporation with its principal place of business in Covington, Kentucky. No publicly held entity owns more than 10% of Ashland Inc.'s stock.

Respectfully submitted,
ASHLAND INC.
By its attorneys,

Anthony F. Muri, Esq. (# 539)
amuri@murilaw.com
MURI ASSOCIATES LLC
10 Weybosset Street
Providence, RI 02903-2808
(401) 421-7300 (telephone)
(401) 421-7352 (facsimile)

Of Counsel:

Hunter W. Sims, Jr., Esq.
hwsims@kaufcan.com
David B. Graham, Esq.
dbgraham@kaufcan.com
Beth V. McMahon, Esq.

bvmcmahon@kaufcan.com
W. Hunter Old, Esq.
whold@kaufcan.com
KAUFMAN & CANOLES, P.C.
P.O. Box 6000
Williamsburg, Virginia 23188
(757) 259-3800 (telephone)
(757) 259-3838 (facsimile)