**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ASHLAND, INC., | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 1:08-cv-227-T-LDA |
| v. | : | |
| | : | |
| GAR ELECTROFORMING, INC., THE BLACK & DECKER CORPORATION, EMHART INDUSTRIES, MORTON INTERNATIONAL, INC., ROHM & HAAS COMPANY, ACCO-BRISTOL DIVISION OF BABCOCK INDUSTRIES, BRISTOL, INC., PERKIN-ELMER CORPORATION, APPLERA CORP., and UNITED TECHNOLOGIES CORPORATION | : | |
| | : | |
| Defendants. | : | JULY 3, 2008 |

**NOTICE OF APPEARANCE**

Please enter the Appearance of the undersigned, **Joseph K. Scully**, as attorney for the defendants, GAR Electroforming, Inc., The Black & Decker Corporation and Emhart Industries, in the above-captioned action.

DEFENDANTS, GAR ELECTROFORMING, INC., THE BLACK & DECKER CORPORATION and EMHART INDUSTRIES

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
(860) 275-0100
(860) 275-0343 (fax)

Their Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on July 3, 2008 a copy of foregoing **Notice of Appearance** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully