(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

ASHLAND, INC.
Plaintiff(s)

v.

Dkt. No. 08-227 T

GAR ELECTROFORMING, ET AL
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff(s)~~/Defendant s GAR Electroforming, Inc., The Black & Decker Corporation and Emhart Industries hereby moves that Dean M. Cordiano be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Joseph K. Scully
Print Name

Day Pitney
Firm and Business Address
242 Trumbull Street
Hartford, CT 06103

RI Bar ID # 6217

Email: jkscully@daypitney.com

Tel. # 860-275-0100

Fax # 860-275-0343

**ORDER**

This motion is hereby ____ GRANTED ____ DENIED

District Judge

Date