(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

ASHLAND, INC.
Plaintiff(s)

v. Dkt. No. 08-227 T

GAR ELECTROFORMING, ET AL
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~Defendants GAR Electroforming, Inc., The Black & Decker Corporation and Emhart Industries hereby moves that Rene A. Ortega be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Joseph K. Scully
Print Name

RI Bar ID # 6217

Day Pitney
Firm and Business Address

242 Trumbull Street

Hartford, CT 06103

Email: jkscully@daypitney.com

Tel. # 860-275-0100

Fax # 860-275-0343

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date