UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

ASHLAND, INC.

Plaintiff C.A. No,: 08-227T

VS,

GAR ELECTROFOAMING,

THE BLACK AND DECKER
CORPORATION

EMHART INDUSTRIES,

MORTON INTERNATIONAL, INC.,

ROHM & HAAS COMPANY,

ACCO-BRISTOL
DIVISION OF BABCOCK INDUSTRIES,

BRISTOL, INC.

PERKIN-ELMER CORPORATION,

APPLERA CORP., and

UNITED TECHNOLOGIES
CORPORATION,

Defendants

ENTRY OF APPEARANCE

NOW comes S. Paul Ryan, Esquire and hereby enters his appearance as Counsel for Defendant, United Technologies Corporation.

Respectfully submitted,
Defendant,
United Technologies Corporation,
By its Attorney,

/s/ S. Paul Ryan__________

S. Paul Ryan, Esq. (RI Bar #2264)
670 Willett Avenue
East Providence, RI 02915
(401) 437-0660 (Telephone)
(401) 433-1605 (Fax)
spryan@eplaw.necoxmail.com

Dated: July 7. 2008