UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

ASHLAND, INC.

Plaintiff C.A. No.: 08-227T

VS.

GAR ELECTROFOAMING,

THE BLACK AND DECKER
CORPORATION

EMHART INDUSTRIES,

MORTON INTERNATIONAL, INC.,

ROHM & HAAS COMPANY,

ACCO-BRISTOL
DIVISION OF BABCOCK INDUSTRIES,

BRISTOL, INC.

PERKIN-ELMER CORPORATION,

APPLERA CORP., and

UNITED TECHNOLOGIES
CORPORATION,

Defendants

MOTION OF DEFENDANT, UNITED TECHNOLOGIES CORPORATION, TO EXTEND THE TIME TO FILE AN ANSWER OR A RESPONSIVE PLEADING

Defendant, United Technologies Corporation respectfully requests that the time to file an answer or a responsive pleading be extended to and including August 14,2008.

FOR JUST CAUSE Defendant, United Technologies Corporation states that most of the attorneys in the predecessor cases (1990 cv 00484-T *United States* v. *Davis)* are no longer representing United Technologies Corporation either in house or in private law firms. The extensive documentation, pleadings and records required to be reviewed in order to file any kind of responsive pleading in this case will take longer than the time frame permitted under the Federal Rules of Civil Procedure.

This attorney knows of no objection to this request for an extension of time.

Respectfully submitted,
Defendant,
United Technologies Corporation,
By its Attorney,

*/s/* Paul Ryan________________
S. Paul Ryan, Esq. (RI Bar #2264)
670 Willett Avenue
East Providence, RI 02915
(401) 437-0660 (Telephone)
(401) 433-1605 (Fax)
spryan@eplaw.necoxmail.com

Dated: July 7. 2008

CERTIFICATION

I hereby certify that on the 7th day of July, 2008, I filed this document electronically with the U.S. District Court and mailed a copy of this document to Attorney Anthony F. Muri, Muri Associates LLC, 10 Weybosset Street, Providence, Rl 029032808.

/s/ S. Paul Ryan. Esq.