UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

ASHLAND, INC.

Plaintiff C.A. No.: 08-227T

VS.

GAR ELECTROFOAMING,

THE BLACK AND DECKER
CORPORATION

EMHART INDUSTRIES,

MORTON INTERNATIONAL, INC.,

ROHM & HAAS COMPANY,

ACCO-BRISTOL
DIVISION OF BABCOCK INDUSTRIES,

BRISTOL, INC.

PERKIN-ELMER CORPORATION,

APPLERA CORP., and

UNITED TECHNOLOGIES
CORPORATION,

Defendants

MEMORANDUM OF LAW IN SUPPORT OF MOTION
TO EXTEND TIME TO FILE AN ANSWER OR REPONSIVE PLEADING

Rule 6(b) of the Federal Rules of Civil Procedure permits the Court to extend the time for filing an answer or responsive pleading:

" ... the Court for cause shown ... may at any time in its discretion order the period enlarged ... "

The extensiveness of this action and the other actions related to the Davis Landfill require that the new attorneys representing United Technologies Corporation need the extra time to familiarize themselves with procedural and evidentiary issues of this 20 year action.

Respectfully submitted,
Defendant,
United Technologies Corporation,
By its Attorney,

/s/ S. Paul Ryan. Esq.

S.Paul Ryan, Esq. (RI Bar #2264)
670 Willett Avenue
East Providence, RI 02915
(401) 437-0660 (Telephone)
(401) 433-1605 (Fax)
spryan@eplaw.necoxmail.com

Dated: July 7. 2008

CERTIFICATION

I hereby certify that on the 7th day of July, 2008, I filed this document electronically with the U. S. District Court and mailed a copy of this document to Attorney Anthony F. Muri, Muri Associates LLC, 10 Weybosset Street, Providence, RI 029032808.

/s/ S. Paul Ryan. Esq.