The Black & Decker Corporation
701 East Joppa Road
Towson, Maryland 21286
410 716 3918
Fax 410 716 2660

**Charles E. Fenton**
Senior Vice President
and General Counsel

**BLACK&DECKER®**

December 4, 2007

DAY PITNEY LLP

DEC 27 2007

**RESPONSE DUE BY**
**JANUARY 11, 2008**

Dean Cordiano, Esq.
Day Pitney LLP
One City Place
185 Asylum Street
Hartford, CT 06103-3499

Dear Mr. Cordiano:

In connection with an audit of our consolidated financial statements as of December 31, 2007 and for the year then ended, please furnish our independent auditors, Ernst & Young LLP, Attention: Patrick Seitz, 621 East Pratt Street, Baltimore, Maryland 21202, fax number 866-434-4492, with the information requested below (with a copy of your response to me) regarding pending or threatened litigation, claims, and assessments (excluding unasserted claims and assessments) involving matters with respect to which you have been engaged and to which you have devoted substantive attention on behalf of The Black & Decker Corporation (the "Company") or on behalf of its subsidiaries or affiliated companies (see attached listing) in the form of legal consultation or representation. For your purposes in providing the information requested, your response need not include any pending or threatened litigation, claim or assessment involving potential losses (or gains) whose expected effects on the consolidated financial statements would be less than $1,000,000 unless the aggregate for all such individual amounts is more than $1,000,000.

**Pending or Threatened Litigation, Claims, and Assessments (excluding unasserted claims and assessments):**

Please describe (1) the nature of the litigation, claim, or assessment; (2) the progress to date; (3) the Company or its relevant subsidiaries or affiliates' response or its intentions with respect to its response (for example, to contest the case vigorously or to seek an out-of-court settlement); and provide (4) an evaluation of the probability of a favorable or unfavorable outcome and (5) an estimate, if one can be made, of the amount or range of potential loss (or gain). It is important that, if possible, you express an upper limit on reasonably possible losses. If no such matters exist, please so indicate.

With respect to your answer to Number 4 above, if you are unable to predict either a favorable or unfavorable outcome, please send your reply directly to Ernst & Young LLP. If, on the other hand, your opinion is either that there is a likelihood of a favorable outcome or a likelihood of an unfavorable outcome, you will so advise me before communicating directly with Ernst & Young LLP themselves, and will consult with me concerning the question of disclosure.

**Unasserted Claims and Assessments (considered by management to be probable of assertion and which, if asserted, would have at least a reasonable possibility of an unfavorable outcome, or a favorable outcome if asserted by the Company):**

Management, on behalf of the Company and on behalf of the subsidiaries or affiliated companies referred to above, has represented to our independent auditors, Ernst & Young LLP, that there are no unasserted possible claims or assessments that you have advised us are probable of assertion and must be disclosed in accordance with Statement of Financial Accounting Standards No. 5.

We understand that whenever, in the course of performing legal services for the Company (or any of its subsidiaries or affiliated companies), with respect to a matter recognized to involve an unasserted claim or assessment that may require financial statement disclosure, you have formed a professional conclusion that we must disclose or consider disclosure of any such possible claim or assessment in our financial statements, as a matter of professional responsibility to us, you will advise us and will consult with us concerning the question of such disclosure and the applicable requirements of Statement of Financial Accounting Standards No. 5. Please specifically confirm to our independent auditors that our understanding is correct.

Please provide a summarization of material litigation, claims, and assessments relating to the Company or any of its subsidiaries or affiliated companies that were settled during the period.

Your response should include matters that existed as of December 31, 2007, as well as any additional matters that come to your attention during the time period subsequent to December 31, 2007, ending the effective date of your response. Please forward your response to Patrick Seitz, Ernst & Young LLP, 621 East Pratt Street, Baltimore, Maryland 21202, fax number 866-434-4492, on or about, but not later than January 11, 2008. Please specifically identify the nature of and reasons for any limitation on your

response to this letter. Your response will not be quoted or referred to in our financial statements without prior consultation with you.

Yours very truly,

Charles E. Fenton

CEF/bd
Attachment

cc: Ernst & Young LLP

Entity List Report October 4, 2007

| Affiliates | Jurisdiction of Formation |
|---|---|
| BLACK & DECKER ARGENTINA S.A. | Argentina |
| BLACK & DECKER (AUSTRALIA) PTY LTD | Australia |
| BLACK & DECKER DISTRIBUTION PTY. LTD. | Australia |
| BLACK & DECKER FINANCE (AUSTRALIA) LTD. | Australia |
| BLACK & DECKER HOLDINGS (AUSTRALIA) PTY. LTD. | Australia |
| BLACK & DECKER NO. 4 PTY. LTD. | Australia |
| KWIKSET (AUSTRALASIA) PTY. LTD. | Australia |
| BLACK & DECKER WERKZEUGE VERTRIEBS-GESELLSCHAFT M.B.H. | Austria |
| BLACK & DECKER (BELGIUM) N.V. | Belgium |
| BLACK & DECKER DO BRASIL LTDA. | Brazil |
| M.HART DO BRASIL LTDA. | Brazil |
| REFAL INDUSTRIA E COMERCIO DE REBITES E REBITADEIRAS LTDA. | Brazil |
| BLACK & DECKER CANADA INC. | Canada |
| BLACK & DECKER HOLDINGS (CANADA) INC. | Canada |
| BLACK & DECKER (CAYMAN) FINANCE LIMITED | Cayman Islands |
| JOINTECH CORPORATION, LTD. | Cayman Islands |
| WINTECH CORPORATION LIMITED | Cayman Islands |
| DISTRIBUIDORA PORTER CABLE LIMITADA | Chile |
| MAQUINAS y HERRAMIENTAS BLACK & DECKER de CHILE S.A. | Chile |
| ANZI MASTERFIX TOOL LIMITED LIABILITY COMPANY | China |
| BLACK & DECKER (SUZHOU) CO., LTD. | China |
| BLACK & DECKER (SUZHOU) POWER TOOLS CO., LTD. | China |
| BLACK & DECKER (SUZHOU) PRECISION MANUFACTURING CO., LTD. | China |
| BLACK & DECKER (XIAMEN) INDUSTRIAL CO. LTD | China |
| GUANGZHOU EMHART FASTENING SYSTEM CO., LTD. | China |
| QINGDAO SUNGUN POWER TOOL CO., LTD. | China |
| SHANGHAI EMHART FASTENING SYSTEMS LTD. | China |
| WISETECH (SUZHOU) INDUSTRIAL CO. LIMITED | China |
| BLACK & DECKER DE COLOMBIA S.A. | Colombia |
| BLACK & DECKER (CZECH) SRO | Czech Republic |
| TUCKER S.R.O. | Czech Republic |
| EMHART HARTTUNG A/S | Denmark |
| BLACK & DECKER OY | Finland |
| BLACK & DECKER (FRANCE) S.A.S. | France |
| BLACK & DECKER FINANCE ScA. | France |
| EMHART FASTENING & ASSEMBLY SNC | France |
| EMHART S.A.R.L. | France |
| B.B.W. BAYRISCHE BOHRERWERKE G.m.b.H. | Germany |
| BD BETEILIGUNGS - GmbH & Co.KG | Germany |
| BLACK & DECKER G.m.b.H. | Germany |
| BLACK & DECKER INTERNATIONAL HOLDINGS B.V. & CO. KG | Germany |
| MASTERFIX VERBINDUNGSSYSTEME GMBH | Germany |
| TUCKER GmbH | Germany |
| BLACK & DECKER (HELLAS) S.A. | Greece |
| BDC INTERNATIONAL LIMITED | Hong Kong |
| BLACK & DECKER HONG KONG LIMITED | Hong Kong |
| DEWALT LIMITED | Hong Kong |

| | |
|---|---|
| EMHART ASIA LIMITED | Hong Kong |
| HANGTECH LIMITED | Hong Kong |
| BALTIMORE FINANCIAL SERVICES COMPANY | Ireland |
| BALTIMORE INSURANCE LIMITED | Ireland |
| BELCO INVESTMENTS COMPANY | Ireland |
| BLACK & DECKER (IRELAND) | Ireland |
| BLACK & DECKER INTERNATIONAL FINANCE 1 | Ireland |
| BLACK & DECKER INTERNATIONAL FINANCE 2 | Ireland |
| BLACK & DECKER INTERNATIONAL FINANCE 3 | Ireland |
| BLACK & DECKER INTERNATIONAL FINANCE 4 | Ireland |
| CHESAPEAKE FALLS HOLDINGS COMPANY | Ireland |
| GAMRIE LIMITED | Ireland |
| BLACK & DECKER ITALIA S.P.A. | Italy |
| NIPPON POP RIVETS & FASTENERS LTD. | Japan |
| BLACK & DECKER (OVERSEAS) A.G. | Liechtenstein |
| BLACK & DECKER LIMITED S.A.R.L. | Luxembourg |
| BLACK & DECKER LUXEMBOURG FINANCE S.C.A. | Luxembourg |
| BLACK & DECKER LUXEMBOURG S.A.R.L. | Luxembourg |
| CHESAPEAKE INVESTMENTS COMPANY S.A.R.L. | Luxembourg |
| BLACK & DECKER MACAO COMMERCIAL OFFSHORE LIMITED | Macau |
| BLACK & DECKER ASIA PACIFIC (MALAYSIA) SDN. BHD. | Malaysia |
| BLACK & DECKER DE REYNOSA, S. DE R.L. DE C.V. | Mexico |
| BLACK & DECKER HHI MEXICO, S. DE R.L. DE C.V. | Mexico |
| BLACK & DECKER, S.A. de C.V. | Mexico |
| DEWALT INDUSTRIAL TOOLS, S.A. DE C.V. | Mexico |
| GRUPO BLACK & DECKER MEXICO, S. DE R.L. DE C.V. | Mexico |
| WEISER LOCK MEXICO, S. DE R.L. DE C.V. | Mexico |
| BLACK & DECKER (NEDERLAND) B.V. | Netherlands (Holland) |
| BLACK & DECKER FAR EAST HOLDINGS B.V. | Netherlands (Holland) |
| BLACK & DECKER HARDWARE HOLDINGS B.V. | Netherlands (Holland) |
| BLACK & DECKER INTERNATIONAL HOLDINGS B.V./S.a.r.l. | Netherlands (Holland) |
| BLACK & DECKER OVERSEAS HOLDINGS B.V. | Netherlands (Holland) |
| ELU B.V. | Netherlands (Holland) |
| INTERFAST B.V. | Netherlands (Holland) |
| MASTERFIX PRODUCTS B.V. | Netherlands (Holland) |
| BLACK & DECKER (NEW ZEALAND) LIMITED | New Zealand |
| BLACK & DECKER (NORGE) A/S | Norway |
| EMHART SJONG A/S | Norway |
| BLACK & DECKER (PANAMA) INVESTMENTS, S.A. | Panama |
| BLACK & DECKER DE PANAMA, S.A. | Panama |
| BLACK & DECKER INTERNATIONAL CORPORATION | Panama |
| EMHART PANAMA, S.A. | Panama |
| BLACK & DECKER DEL PERU S.A. | Peru |
| MASTERFIX POLAND LTD. SP.ZO.O | Poland |
| BLACK & DECKER ASIA PACIFIC PTE. LTD. | Singapore |
| BLACK & DECKER (SOUTH AFRICA) (PROPRIETARY) LIMITED | South Africa |
| EMHART FASTENING TEKNOLOGIES KOREA, INC. | South Korea |
| BLACK & DECKER IBERICA, S.Com. por A. | Spain |
| BLACK & DECKER AKTIEBOLAG | Sweden |
| EMHART TEKNIK AKTIEBOLAG | Sweden |
| BLACK & DECKER (SWITZERLAND) AG | Switzerland |
| EMHART A.G. | Switzerland |

| | |
|---|---|
| JOINERY INDUSTRIAL CO., LTD. | Taiwan |
| PORTER-CABLE TAIWAN LLC | Taiwan |
| BLACK & DECKER (THAILAND) LIMITED | Thailand |
| EMHART TEKNOLOGIES (THAILAND) LTD. | Thailand |
| MAC PANTHER (THAILAND) | Thailand |
| ABC ITHALAT TICARET LIMITED SIRKETI | Turkey |
| AVEN TOOLS LIMITED | United Kingdom |
| BANDHART | United Kingdom |
| BANDHART OVERSEAS | United Kingdom |
| BLACK & DECKER | United Kingdom |
| BLACK & DECKER BATTERIES MANAGEMENT LIMITED | United Kingdom |
| BLACK & DECKER EUROPE | United Kingdom |
| BLACK & DECKER FINANCE | United Kingdom |
| BLACK & DECKER INTERNATIONAL | United Kingdom |
| BLACK & DECKER PENSION TRUSTEE LIMITED | United Kingdom |
| DEWALT INDUSTRIAL POWER TOOL COMPANY LTD. | United Kingdom |
| ELU POWER TOOLS LTD. | United Kingdom |
| EMHART INTERNATIONAL LIMITED | United Kingdom |
| MASTERFIX PRODUCTS U.K. LTD. | United Kingdom |
| MASTERFIX UK HOLDINGS LIMITED | United Kingdom |
| TUCKER FASTENERS LIMITED | United Kingdom |
| TUCKER PRODUCTS LIMITED | United Kingdom |
| BIESEMEYER MANUFACTURING CORPORATION | United States |
| WEISER LOCK CORPORATION | United States |
| EMHART INDUSTRIES, INC. | United States |
| BLACK & DECKER (IRELAND) INC. | United States |
| BLACK & DECKER (PUERTO RICO) LLC | United States |
| BLACK & DECKER FUNDING CORPORATION | United States |
| BLACK & DECKER GROUP, LLC | United States |
| BLACK & DECKER HOLDINGS, LLC | United States |
| BLACK & DECKER INC. | United States |
| BLACK & DECKER INVESTMENT COMPANY, LLC | United States |
| BLACK & DECKER MEXFIN LLC | United States |
| DEVILBISS AIR POWER COMPANY | United States |
| EMHART (ASIA) LIMITED | United States |
| EMHART CREDIT CORPORATION | United States |
| EMHART HARDWARE SALES CORPORATION | United States |
| EMHART HARTTUNG INC. | United States |
| EMHART TEKNOLOGIES LLC | United States |
| KWIKSET CORPORATION | United States |
| NEWFREY LLC | United States |
| PRICE PFISTER HOLDINGS INC. | United States |
| PRICE PFISTER, INC. | United States |
| SHAMROCK SYSTEMS, INC. | United States |
| VECTOR PRODUCTS, INC. | United States |
| BLACK & DECKER SHELBYVILLE, LLC | United States |
| AMERICAN EMBLEM TOOL COMPANY | United States |
| B&D HOLDINGS, LLC | United States |
| BLACK & DECKER (U.S.) INC. | United States |
| BLACK & DECKER DE PANAMA LLC | United States |
| BLACK & DECKER HEALTHCARE MANAGEMENT INC. | United States |
| BLACK & DECKER INDIA INC. | United States |

| | |
|---|---|
| BLACK & DECKER INVESTMENTS (AUSTRALIA) LIMITED | United States |
| BLACK & DECKER INVESTMENTS LLC | United States |
| BLACK & DECKER MARYLAND LLC | United States |
| EII MARYLAND LLC | United States |
| EMGLO PRODUCTS, LLC | United States |
| JAFFORD LLC | United States |
| SITELOCK LLC | United States |
| THE BLACK & DECKER CORPORATION | United States |
| DELTA INTERNATIONAL MACHINERY CORP. | United States |
| PORTER-CABLE ARGENTINA, LLC | United States |
| BALDWIN HARDWARE CORPORATION | United States |
| BLACK & DECKER ABRASIVES INC. | United States |
| SHENANDOAH INSURANCE, INC. | United States |
| BLACK & DECKER DE VENEZUELA, C.A. | Venezuela |
| BLACK & DECKER HOLDINGS DE VENEZUELA, C.A. | Venezuela |