(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Ashland, Inc.
Plaintiff(s)

v. Dkt. No. 08-227T

GAR Electroforming et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant United Technologies Corporation hereby moves that James P. Ray be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ S. Paul Ryan, Esq.
Signature of Local Counsel

S. Paul Ryan
Print Name

RI Bar ID # 2264

The Law Offices of S. Paul Ryan
Firm and Business Address

670 Willett Avenue

East Providence, RI 02915

Email: spryan@eplaw.necoxmail.com

Tel. # 401-437-0660

Fax # 401-437-0128

**ORDER**

This motion is hereby ____ GRANTED ____ DENIED

District Judge

Date