(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Ashland, Inc.
Plaintiff(s)

v. Dkt. No. 08-227T

GAR Electroforming et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant United Technologies Corporation hereby moves that Russell V. Randle, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

/s/ Russell V. Randle, Esq.
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ S. Paul Ryan, Esq.
Signature of Local Counsel

S. Paul Ryan
Print Name

RI Bar ID # 2264

The Law Offices of S. Paul Ryan
Firm and Business Address

Email: spryan@eplaw.necoxmail.com

670 Willett Avenue

Tel. # 401-437-0660

East Providence, RI 02915

Fax # 401-437-0129

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date