**IN THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Ashland Inc.<br><br>Plaintiff,<br><br>v.<br><br>GAR Electroforming, et al.<br><br>Defendants. | ) | Docket No. 08-227T |

**DEFENDANT UNITED TECHNOLOGIES CORPORATION'S MOTION FOR SUMMARY JUDGMENT DISMISSING THE COMPLAINT OF PLAINTIFF ASHLAND AS UNRIPE AND BARRED BY CONTRIBUTION PROTECTION**

Pursuant to Fed. R. Civ. P. 56 and LR Cv 56, Defendant, United Technologies Corporation (UTC), moves to dismiss the complaint of Plaintiff, Ashland Inc. (Ashland) against UTC as unripe for adjudication because Ashland has failed to pay UTC for Ashland's share of the soil remedy and because Ashland may never have a claim against UTC for the groundwater remedy larger than the amount Ashland still owes UTC for the soil remedy. UTC also moves to dismiss Count III of the complaint, which purports to be for equitable indemnity, because all such claims are conclusively barred by UTC's consent decrees with the federal government, entered over Ashland's strong objections, *United States v. Davis*, 11 F.Supp.2d 183 (D.R.I. 1998), *aff'd*, 261 F.3d 1 (1st Cir. 2001), as well as by UTC's consent decree with the Rhode Island Department of Environmental Management (RIDEM), also entered over Ashland's objections.

This motion is accompanied by a supporting memorandum, a statement of undisputed material facts, copies of excerpts from the two decrees, and a declaration setting forth certain facts about the completion of the soil remediation at the Davis Liquid Superfund Site.

Respectfully submitted,

The Law Offices of S. Paul Ryan

/s/

S. Paul Ryan, Esq. Bar ID #2264
670 Willett Avenue
East Providence, RI 02915

Robinson & Cole LLP

/s/

James Ray, Esq.
John A. Poakeart, Esq.
695 East Main Street
Stamford, CT 06904-2305

Patton Boggs LLP

/s/

Russell V. Randle, Esq.
Michele M. Walter, Esq.
2550 M Street, NW
Washington, DC 20037
202-457-6000

Attorneys for Defendant, United Technologies Corporation

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August, 2008, a true copy of Defendant United Technologies Corporation's Motion for Summary Judgment Dismissing the Complaint of Plaintiff Ashland as Unripe and Barred by Contribution Protection was sent via electronic filing to:

Anthony F. Muri, Esq.
Muri Associates LLC
10 Weybosset Street
Providence, RI 02903-2808

David B. Graham, Esq.
Kaufman & Canoles, P.C.
P.O. Box 6000
Williamsburg, VA 23188

Counsel for Plaintiff

/s/
S. Paul Ryan, Esq.