(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Ashland Inc.
Plaintiff(s)

v. Dkt. No. C.A. 08-227 T

GAR Electroforming et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Ashland Inc. hereby moves that David B. Graham be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Anthony F. Muri, Esq.
Print Name

MURI ASSOCIATES LLC
Firm and Business Address
10 Weybosset Street

Providence, RI 02903

RI Bar ID # 539

Email: amuri@murilaw.com

Tel. # (401) 421-7300

Fax # (401) 421-7352

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date