(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Ashland Inc.
Plaintiff(s)

v.

Dkt. No. C.A. 08-227 T

GAR Electroforming et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Ashland Inc. hereby moves that W. Hunter Old be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

Anthony F. Muri, Esq.
Print Name

MURI ASSOCIATES LLC
Firm and Business Address
10 Weybosset Street
Providence, RI 02903

RI Bar ID # 539

Email: amuri@murilaw.com

Tel. # (401) 421-7300

Fax # (401) 421-7352

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date