UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASHLAND, INC.<br>Plaintiff<br><br>VS.<br><br>GAR ELECTROFOAMING<br><br>THE BLACK AND DECKER CORPORATION<br><br>EMHART INDUSTRIES,<br><br>MORTON INTERNATIONAL, INC.<br><br>ROHM & HAAS COMPANY,<br><br>ACCO-BRISTOL DIVISION OF BABCOCK INDUSTRIES,<br><br>BRISTOL, INC.<br><br>PERKIN-ELMER CORPORATION,<br><br>APPLERA CORP., and<br><br>UNITED TECHNOLOGIES CORPORATION<br>Defendants | ) | C.A. No. 08-227T |

**SECOND MOTION OF DEFENDANT, UNITED TECHNOLGIES CORPORATION TO EXTEND THE TIME TO FILE AN ANSWER OR A RESPONSIVE PLEADING**

Defendant, United Technologies Corporation respectfully requests that the time to file an answer or a responsive pleading be extended to and including August 21, 2008.

FOR JUST CAUSE Defendant, United Technologies Corporation states that this Defendant filed a Motion for Summary Judgment with a Memorandum and exhibits prior

to the date of its first extension of time. Said filing was rejected by this Court on various grounds. Thereafter, this Defendant prepared an Answer, Counterclaim and Cross Claim which is being filed with this Motion.

Respectfully submitted,
Defendant,
United Technologies Corporation,
By its Attorney,

_/S/_S. Paul Ryan_______________

S. Paul Ryan, Esq. (R.I. Bar #2264)
670 Willett Avenue
East Providence, RI 02915
(401) 437-0660 (Telephone)
(401) 433-1605 (Fax)
spryan@eplaw.necoxmail.com

Dated: August 21, 2008

CERTIFICATION

I hereby certify that on the 21st day of August, I filed this document electronically with the U.S. District Court and mailed a copy of this document to Attorney Anthony F. Muri, Muri Associates, LLC, 10 Weybosset Street, Providence, RI 02903-2808.

_/s/ S. Paul Ryan, Esq.