UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASHLAND, INC.<br>Plaintiff<br><br>VS.<br><br>GAR ELECTROFOAMING<br><br>THE BLACK AND DECKER CORPORATION<br><br>EMHART INDUSTRIES,<br><br>MORTON INTERNATIONAL, INC.<br><br>ROHM & HAAS COMPANY,<br><br>ACCO-BRISTOL DIVISION OF BABCOCK INDUSTRIES,<br><br>BRISTOL, INC.<br><br>PERKIN-ELMER CORPORATION,<br><br>APPLERA CORP., and<br><br>UNITED TECHNOLOGIES CORPORATION<br>Defendants | ) | C.A. No. 08-227T |

**DEFENDANT, UNITED TECHNOLGIES CORPORATION'S MEMORANDUM OF LAW IN SUPPORT OF ITS SECOND MOTION TO FILE AN ANSWER OR RESPONSIVE PLEADING OUT OF TIME**

Rule 6(b) of the Federal Rules of Civil Procedure permits the Court to extend the time for filing an answer or responsive pleading:

"…the Court for cause shown…may at any time in its discretion order the period enlarged…"

Defendant filed a Motion for Summary Judgment prior to the expiration of its first Court granted extension. Additional time was necessary to prepare its Answer, Counterclaim and Cross Claim.

Respectfully submitted,
Defendant,
United Technologies Corporation,
By its Attorney,

_/S/_S. Paul Ryan_______________

S. Paul Ryan, Esq. (R.I. Bar #2264)
670 Willett Avenue
East Providence, RI 02915
(401) 437-0660 (Telephone)
(401) 433-1605 (Fax)
spryan@eplaw.necoxmail.com

Dated: August 21, 2008

CERTIFICATION

I hereby certify that on the 21st day of August, I filed this document electronically with the U.S. District Court and mailed a copy of this document to Attorney Anthony F. Muri, Muri Associates, LLC, 10 Weybosset Street, Providence, RI 02903-2808.

_/s/ S. Paul Ryan, Esq.