UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Ashland, Inc., Plaintiff, vs. Gar Electroforming et al., Defendants. | Civil Action No. CA 08 227 T |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS BRISTOL, INC. AND THE ACCO-BRISTOL DIVISION OF BABCOCK INDUSTRIES TO RESPOND TO COMPLAINT**

In accordance with the provisions of LR Civ 29(b), Plaintiff to this action has agreed that Defendant Bristol Inc. and the ACCO-Bristol Division of Babcock Industries shall have to and through September 24, 2008, to answer, move, or otherwise respond to the Complaint.

Dated August 25, 2008

**Consented and Agreed**:

/s/ Anthony F. Muri
Anthony F. Muri, Esq. (R.I. Bar No. 539)
amuri@murilaw.com
Muri Associates LLC
10 Weybosset Street
Providence, RI 02903
401.421.7300 (tel.)
401.421.7352 (fax)

Of Counsel:

Hunter W. Sims, Esq.
David B. Graham, Esq.
W. Hunter Old, Esq.
Kaufman and Canoles, P.C
P.O. Box 6000
Williamsburg, VA 23188

Counsel for Plaintiff Ashland, Inc.

/s/ Joseph P. Quinn
Joseph P. Quinn, Esq. (R.I. Bar. No. 6832)
jquinn@quinnlawllc.com
Quinn Law LLC
56 Pine Street, Suite 3A
Providence, RI 02903
401.751.2000 (tel.)
401.633.7701 (fax)

Of Counsel:

Sheila A. Harvey, Esq.
Jennifer A. Giblin, Esq.
Thomas G. Allen, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street N.W.
Washington D.C. 20037

Counsel for Defendant Bristol, Inc.