UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASHLAND, INC.,<br><br>Plaintiff,<br>v.<br><br>GAR ELECTROFORMING, INC., THE BLACK & DECKER CORPORATION, EMHART INDUSTRIES, MORTON INTERNATIONAL, INC., ROHM & HAAS COMPANY, ACCO-BRISTOL DIVISION OF BABCOCK INDUSTRIES, BRISTOL, INC., PERKIN-ELMER CORPORATION, APPLERA CORP., and UNITED TECHNOLOGIES CORPORATION,<br><br>Defendants. | Civil Action No.<br>CA 08 227 T |

**NOTICE OF APPEARANCE**

Please enter the Appearance of the undersigned, Joseph P. Quinn, as attorney for the Defendant, Bristol, Inc., in the above-captioned action.

DEFENDANT, BRISTOL, INC.
By its attorney,

/s/ Joseph P. Quinn

Joseph P. Quinn, Esq. (R.I. Bar. No. 6832)
jquinn@quinnlawllc.com
Quinn Law LLC
56 Pine Street, Suite 3A
Providence, RI 02903
401.751.2000 (tel.)
401.633.7701 (fax)

**CERTIFICATION OF SERVICE**

I hereby certify that on September 3, 2008 a copy of foregoing **Notice of Appearance** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph P. Quinn
Joseph P. Quinn, Esq.