UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Ashland, Inc. ,<br>Plaintiff,<br>vs.<br>Gar Electroforming et al.,<br>Defendants. | Civil Action No.<br>CA 08 227 T |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS BRISTOL, INC. AND THE ACCO-BRISTOL DIVISION OF BABCOCK INDUSTRIES TO RESPOND TO CROSS-CLAIM**

In accordance with the provisions of LR Civ 29(b), Defendant/Cross-Claimant to this action United Technologies Corporation has agreed that Defendant Bristol Inc. and the ACCO-Bristol Division of Babcock Industries shall have to and through October 10, 2008, to answer, move, or otherwise respond to the Cross-Claim filed in this matter on August 21, 2008.

Dated September 11, 2008.

**Consented and Agreed**:

/s/ S. Paul Ryan________________
S.Paul Ryan, Esq. (R.I. Bar No. 2264)
SPRyan@EPLAW.necoxmail.com
670 Willett Avenue
East Providence, RI 02915-2640
401.437.0660 (tel.)
401.433.1605 (fax)

James P. Ray, Esq
Jray@rc.com
John A. Poakeart, Esq.
jpoakeart@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200 (tel.)
(860) 275-8299 (fax)

Russel v. Randle, Esq.
rrandle@pattonboggs.com
Patton Boggs LLP
2550 M Street N.W.
Washington D.C. 20037
(202) 457-6000 (tel.)
(202) 457-6315 (fax)

Counsel for Defendant/Cross-Claimant
United Technologies Corp.

/s/ Joseph P. Quinn_ ______________
Joseph P. Quinn, Esq. (R.I. Bar. No. 6832)
jquinn@quinnlawllc.com
Quinn Law LLC
56 Pine Street, Suite 3A
Providence, RI 02903
401.751.2000 (tel.)
401.633.7701 (fax)

Of Counsel:

Sheila A. Harvey, Esq.
Jennifer A. Giblin, Esq.
Thomas G. Allen, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street N.W.
Washington D.C. 20037

Counsel for Defendant Bristol, Inc.

## CERTIFICATION OF SERVICE

I hereby certify that on September 11, 2008 a copy of foregoing **Stipulation** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph P. Quinn
Joseph P. Quinn, Esq.