**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASHLAND INC.,
    Plaintiff

v.     C. A. No. 08-227T

GAR ELECTROFORMING,
et al.,
    Defendants

### ORDER LIMITING MOTIONS FOR SUMMARY JUDGMENT

    Pursuant to the Rule 16 conference held on October 15, 2008, it is hereby ordered that defendants in this case may file Motions for Summary Judgment on or before November 17, 2008. Any motions for Summary Judgment should be limited to the following issues to the extent applicable:

1) Whether the settlement agreement between the United States and United Technologies Corp. ("UTC") in the related case of <u>United States v. Davis</u>, C.A. No. 90-484, bars an action against UTC; or

2) Whether the liability allocations for response costs made by this Court in <u>United States v. Davis</u>, 31 F.Supp. 45 (D.R.I. 1998) apply in this case.

By Order:

/s/ *[signature]*
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres,
Senior U.S. District Judge
Date: 10/30, 2008