UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ASHLAND, INC.

      v.                         CA No. 08-227T

GAR ELECTROFORMING, ET AL.

### ORDER OF REASSIGNMENT

It is hereby ordered that this case is returned to the Clerk for reassignment to another judge.

                                            By Order

                                            _____
                                            Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: December 23, 2008