UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASHLAND INC., <br><br> Plaintiff, <br><br> v. <br><br><br><br> GAR ELECTROFORMING, *et al.*, <br><br> Defendants. | C.A. NO. 08-227⁕ ML |

## ORDER

Plaintiff Ashland Inc. ("Ashland") and Defendant Applera Corporation ("Applera"), now known as Life Technologies Corporation ("LTC"), have filed a joint motion ("Joint Motion") for entry of an Order to amend certain allegations of the complaint filed by Ashland ("Ashland's Complaint") and the answer filed by Applera ("Applera's Answer"). Having considered the Joint Motion and the supporting memorandum filed with it, there being no objection filed by any other party, and it appearing justice so requires, the Court GRANTS the Joint Motion and hereby ORDERS that:

1. Ashland's list of defendants in its Complaint is amended to omit Perkin-Elmer Corporation, and to substitute Life Technologies Corporation in lieu of Applera Corporation.

2. Paragraph 12 of Ashland's Complaint is amended to state: "Applera Corporation ("Applera"), upon information and belief, became the successor in interest or by merger to the whole or a part of Perkin-Elmer Corporation, and was a corporation with its principal office

located in Norwalk, Connecticut. On July 1, 2008, Applera changed its name to Applied Biosystems Inc., and on November 21, 2008, Applied Biosystems Inc. (formerly Applera) merged with Invitrogen Corporation to form Life Technologies Corporation ("LTC"). LTC is a Delaware corporation headquartered in Carlsbad, California."

3. In all pleadings and other papers filed in this action, to the extent appropriate in context, the name "Life Technologies Corporation" is hereby inserted in lieu of the name "Applera Corporation" in every instance where such name appears, and LTC is deemed to have adopted all pleadings and other papers filed by Applera.

4. Paragraph 11 of Applera's Answer is amended to state: "Defendant admits the allegations of paragraph 11."

5. Paragraph 12 of Applera's Answer is amended to state: "Defendant admits the allegations of paragraph 12."

No amended pleadings shall be required to be filed. All parties may, but are not required to, submit responsive pleadings to the amendments as provided in this Court's Local Rules and the Federal Rules of Civil Procedure.

Enter this 10th day of April, 2009.

_____
Hon. Mary M. Lisi, Chief Judge
United States District Court

6224854